# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WATSON,<br><br>   Petitioner,<br><br>  v.<br><br>L.J. MILUSNIC, Warden,<br><br>   Respondent. | Case No. CV 19-7332-JGB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 10) is denied.

DATED: November 24, 2020

                 _____
                 HONORABLE JESUS G. BERNAL
                 UNITED STATES DISTRICT JUDGE