JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK WATSON,

      Petitioner,

v.

L.J. MILUSNIC, Warden,

      Respondent.

Case No. 2:19-cv-07332-JGB (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE